UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

RE: MAJELA LOPEZ LOPEZ                                       CASE NUMBER: 26-11088-CLC

## TRUSTEE'S NOTICE OF DEFICIENCY AND RECOMMENDATION
(If this case is dismissed, this deficiency is an objection to reinstatement)

The Trustee has found the following deficiencies from the Trustee's letter or requirements under the Bankruptcy Code and Rules. *The Trustee reserves the right to raise additional objections until ALL DOCUMENTS are provided to the Trustee and ALL ISSUES ARE RESOLVED.* **See Court's Notice of Commencement, Clerk of Court website <u>flsb.uscourts.gov</u>, and Trustee's website <u>CH13miami.com</u> for information, forms, and procedures.**

---

<u>WARNING</u>: All written responses or documents must be received through BKDOCS.US or filed with the Clerk by 5pm at least 15 days prior to the first confirmation hearing or the agreed deadline if confirmation is continued. Pro Se debtors may fax documents to 954-443-4452. Failure to timely provide documents may result in dismissal of this case at the confirmation hearing. If debtor's or creditor's counsel object to the Trustee's recommendation, they must pre-call with the Trustee's Staff Attorney to resolve everything **THE THURSDAY PRIOR TO THE HEARING**. A final calendar will be published with any updated recommendation the day before the hearing on the front page of the Trustee's website. **RECOMMENDATIONS ARE CHANGED UPON REVIEW OF DOCUMENTS NOT RECEIPT:** THE DEBTOR'S ATTORNEY OR SELF REPRESENTED DEBTOR MUST APPEAR AT THE CONFIRMATION HEARING OR THE CASE MAY BE DISMISSED

---

TRUSTEE'S RECOMMENDATION FOR CONFIRMATION

LAST REVIEWED: **6/24/2026**
*Objection to Exemption: Valuation (17)*

**1A Plan served 4/22**
**If debtor's counsel appears, confirms service, agrees to vesting and the recommendation on the record:**
**<u>Continue to 7/28: Pending Trustee Review</u>**
1) Explanation of withdrawal/debit/transfer/evidence of use: #8072 11/13 $1,000.00, 2) Pushglamour INC: BDQ-Updated 4.3.2024 version complete with all questions answered or 1099 Affidavit, Profit/Loss, Balance Sheet & Explanation of withdrawal/debit/transfer/evidence of use: #3556 12/02 $1200, 11/03 $1200, 11/14 $1,100.00, 12/15 $2,100.00, 12/2 $1,200.00, 3) Affidavit of rent/lease, 4) Does debtor have an Cashapp acct? If yes, amend schedules to disclose & provide bank statements (10/28/25-1/28/26-deposits from Cashapp in acct# 8072/#8098, 5) Income understated per debtor's deposits in bank acct #8072/8098 and acct# 3556, 6) Feasibility, 7) Amend Sch. J to disclose car payment, 8) Provide QuickBooks accounting **NEW ISSUES Due on or before 5/26:** 1) Provide evidence of withdrawal in acct#8072/#8098 dated 12/29 of $1,200.00, 1/2 of $1,200.00, 1/6: $1,000.00

*I hereby certify that a true and correct copy of the foregoing was served through ECF on the debtor's attorney or by U.S. First Class pre-paid Mail on the pro se debtor on the same day filed with the Court.*

*Submitted by: NANCY K. NEIDICH, ESQ*
*STANDING CHAPTER 13 TRUSTEE*
*P.O. BOX 279806, MIRAMAR, FL 33027*
*(954) 443-4402*